UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————————

No. 16-1027 (L)
(1:12-cv-03041-MJG)

———————————————

MADISON OSLIN, INC; MADISON OSLIN RESEARCH, INC.
*Plaintiffs-Appellants*,

v.

INTERSTATE RESOURCES, INC.; INTERSTATE CORRPACK, LLC; JAMES MORGAN; JOHN CRISTOS
*Defendants-Appellees*,

and

AMERICAN INKS AND COATINGS COMPANY, INC; PROGRESSIVE COATINGS, INC.; MOSLEY HOLDINGS, INC.; JERRY L. MOSLEY,
*Defendants*.

———————————————

No. 16-1057
(1:12-cv-03041-MJG)

———————————————

MADISON OSLIN, INC; MADISON OSLIN RESEARCH, INC.
*Plaintiffs-Appellees*,

v.

INTERSTATE RESOURCES, INC.; INTERSTATE CORRPACK, LLC; JAMES MORGAN; JOHN CRISTOS
*Defendants-Appellants*,

and

AMERICAN INKS AND COATINGS COMPANY, INC; PROGRESSIVE COATINGS, INC.; MOSLEY HOLDINGS, INC.; JERRY L. MOSLEY, *Defendants*.

_____

## MOTION TO WITHDRAW AS COUNSEL
_____

Thomas R. Bundy, III
Lawrence & Bundy, LLC
8160 Maple Lawn Blvd., 2nd Floor
Fulton, MD 20759
(240) 786-4998
thomas.bundy@lawrencebundy.com
*Counsel for Interstate Resources, Inc.; Interstate Corrpack, LLC; James Morgan; and John Cristos*

Thomas R. Bundy, III respectfully requests that the Court withdraw his appearance as counsel for Interstate Resources, Inc.; Interstate Corrpack, LLC; James Morgan; and John Cristos (collectively, "Interstate") based on Interstate's request that he withdraw.

1. On February 4, 2016, undersigned counsel left Sutherland Asbill & Brennan LLP and is now a partner at Lawrence & Bundy LLC.

2. Pursuant to Interstate's request, Sutherland Asbill & Brennan will be sole counsel for this Appeal going forward.

3. Gail L. Westover, Esq. of Sutherland Asbill & Brennan LLP will continue to serve as counsel for Interstate.

4. This withdrawal is at Interstate's request and with Interstate's consent.

5. In accordance with Local Rule 27(a), counsel for Madison Oslin, Inc. and Madison Oslin Research, Inc.'s (collectively, "Madison Oslin") has been informed of the intended filing of this motion. Madison Oslin has no objection.

Dated:   March 14, 2016

*/s/ Thomas R. Bundy, III*
Thomas R. Bundy, III
Lawrence & Bundy, LLC
8160 Maple Lawn Blvd., 2nd Floor Fulton, MD 20759
(240) 786-4998

1

[thomas.bundy@lawrencebundy.com](mailto:thomas.bundy@lawrencebundy.com)
*Counsel for Interstate Resources, Inc.;*
*Interstate Corrpack, LLC; James*
*Morgan; and John Cristos*

## CERTIFICATE OF SERVICE

I hereby certify that, on March 14, 2016, I caused the foregoing to be filed on the Court's CM/ECF system for service on all counsel of record.

*/s/ Thomas R. Bundy, III*
Thomas R. Bundy, III

2